IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
(Billings Division)

| | |
|---|---|
| PAUL CARAWAY, | Cause No. CV-16-139-BLG-TJC |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| TOWN OF COLUMBUS, GARY WOLTERMANN and WILLIAM PRONOVOST, individually and as agents. | |
| Defendants. | |

The motion of Plaintiff, having come on regularly before me, and good cause appearing, therefor,

IT IS HEREBY ORDERED that Plaintiff be permitted to file the attached Third Amended Complaint.

IT IS FURTHER ORDERED that Defendants will be granted ____ days in which to file their amended answer thereto.

DATED:                 By: _____
                                                     HON. TIMOTHY J. CAVAN
                                                     U.S. Magistrate Judge