IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAUL CARAWAY,<br><br>            Plaintiff,<br><br>vs.<br><br>TOWN OF COLUMBUS, GARY WOLTERMANN, and WILLIAM PRONOVOST, Individually and as Agents,<br><br>            Defendants. | CV 16-139-BLG-TJC<br><br>**ORDER** |

Before the Court is Defendants Town of Columbus's, Gary Woltermann's, and William Provenost's (collectively, "Defendant") Unopposed Motion for Extension of Time to File Response and Reply Briefs. (Doc. 38.) That motion being unopposed and good cause appearing,

IT IS ORDERED that Defendants' motion is GRANTED. Defendants shall file their reply in support of their Motion for Summary Judgment (Doc. 30) and their response to Plaintiff Paul Caraway's Motion for Partial Summary Judgment (Doc. 36) on or before September 15, 2017. Plaintiff's deadline to file a reply in support of his Motion for Partial Summary Judgment shall be extended to and including October 9, 2017.

//

DATED this 25th day of August, 2017.

                                                             _____  
                                                             TIMOTHY J. CAVAN  
                                                             United States Magistrate Judge