UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAUL CARAWAY,<br><br>                  Plaintiff,<br><br>vs.<br><br>TOWN OF COLUMBUS, GARY WOLTERMANN, and WILLIAM PRONOVOST ,<br><br>                  Defendant. | Case No. CV-16-139-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment (Doc. 29) is GRANTED; Caraway's Motion for Leave to File Third Amended Complaint (Doc. 33) is DENIED; Caraway's Cross-Motion for Partial Summary Judgment Re Liability (Doc. 36) is DENIED; and Caraway's Motions in Limine (Doc. 44) are DENIED as moot.

    Dated this 30th day of March, 2018.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Anna Contreraz
                                        Anna Contreraz, Deputy Clerk